MICHAEL J. HEYMAN
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ONE NILE CROCODILE (CROCODYLUS NILOTICUS) HERMES DESIGNER HANDBAG,<br><br>        Defendant. | No. 3:24-cv-00228-HRH |

**STATUS REPORT**

COMES NOW, Plaintiff, United States of America, by and through counsel, to provide this status report.

Since the last status report, the United States has made repeated inquiries with the government of Thailand as to the status of service of the notice of the forfeiture and complaint on the potential claimant located in Thailand. The most recent update received

was that the matter is pending with the Royal Thai Police. No further updates have been received.

The United States respectfully requests that another status report be due within 90 days, or by December 1, 2025. The United States will continue to seek updates from the government of Thailand and provide any updates received.

RESPECTFULLY SUBMITTED this 26th day of August 2025, in Anchorage, Alaska.

                                            MICHAEL J. HEYMAN
                                            United States Attorney

                                            */s/ Seth M. Beausang*
                                            SETH M. BEAUSANG
                                            Assistant U.S. Attorney
                                            United States of America