IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. )
)
ONE NILE CROCODILE (CROCODYLUS )
NILOTICUS)  HERMÈS DESIGNER )
HANDBAG, )
) No. 3:24-cv-0228-HRH
Defendant. )
_____ )

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

Upon consideration of plaintiff's *Motion for Default Judgment and Decree of Forfeiture*[1] and the affidavit of counsel for plaintiff, it having been shown that notice of this action and the arrest of the defendant property was provided pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and Local Admiralty Rule(c)-3, that default was entered on November 26, 2021,[2] and that a default judgment is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The One Nile Crocodile (Crocodylus Niloticus) Hermes Designer Handbag ("defendant wildlife specimen") is hereby ordered for-feited to the United States of America and no right, title, or interest in the specimen shall exist in any other person;

---

[1]Docket No. 22.

[2]Docket No. 22.

DEFAULT JUDGMENT AND DECREE OF FORFEITURE                                           - 1 -

2. The defendant wildlife specimen shall be disposed of according to law by the United States Marshal and/or the U.S. Fish and Wildlife Service; and

3. Judgment is entered in favor of the plaintiff, the United States of America, and against the defendant wildlife specimen as described above.

DATED at Anchorage, Alaska, this  2nd  day of December, 2025.


/s/  H. Russel Holland
United States District Judge